1110

No. 96–798. EDGEWOOD BAPTIST CHURCH, DBA NEW BEGIN-NINGS ADOPTION AND COUNSELING AGENCY, ET AL. *v.* CESNIK ET UX. C. A. 11th Cir. Certiorari denied.

No. 96–800. KOTAM ELECTRONICS, INC. *v.* JBL CONSUMER PRODUCTS, INC. C. A. 11th Cir. Certiorari denied.

No. 96–801. BOOTH *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 96–802. NATIONAL SUPER MARKETS, INC. *v.* VARNER; and
No. 96–1026. VARNER *v.* NATIONAL SUPER MARKETS, INC. C. A. 8th Cir. Certiorari denied. Reported below: 94 F. 3d 1209.

No. 96–803. SITKOFF ET UX., INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF SITKOFF, A MINOR, AND AS ADMINISTRATORS OF THE ESTATE OF SITKOFF, DECEASED *v.* BMW OF NORTH AMERICA, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–804. NEW VALLEY CORP. *v.* NEW VALLEY CORPORATION SENIOR EXECUTIVE BENEFIT PLAN PARTICIPANTS ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–808. PENNSYLVANIA NURSES ASSN. *v.* PENNSYLVANIA STATE EDUCATION ASSN. ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–810. ASHLEY *v.* CITY OF HUNTSVILLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–814. ROGERS *v.* OVERSTREET ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–816. HEADY ET UX., AKA HEADY ELECTRIC CO. *v.* BARCLAYS BANK OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 96–817. TILTON *v.* CAPITAL CITIES/ABC, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–818. MACERI ET AL. *v.* CIMMINO ET AL. C. A. 3d Cir. Certiorari denied.